448 A.2d 1183

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Submitted April 6, 1982. Ralph M. Evans, for appellant; David DaCosta, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order of the lower court is affirmed.